**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Anita L. MIDDLEBROOKS,**
**Defendant/Appellant.**

**No. ED 98784.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 7, 2013.

Chris Koster Attorney General, Andrew C. Hooper Assistant Attorney General, Jefferson City, MO, for respondent.

Amanda Faerber Assistant Public Defender, St. Louis, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

## ORDER

PER CURIAM.

Defendant appeals from a judgment entered upon a jury verdict finding her guilty of first-degree assault, in violation of section 565.050 RSMo (2000); and armed criminal action, in violation of section 571.015 RSMo (2000). The trial court found defendant to be a persistent offender and sentenced her to eight years imprisonment on each count, to be served concurrently.

No error of law appears, and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).